IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL NO. 1:10CV269 |
| | ) | |
| JONI D. SMITH, | ) | |
| Defendant. | ) | |

## CONSENT JUDGMENT

THIS CAUSE coming on to be heard before the undersigned Judge, and it appearing to the Court, and the Court finding as a fact that all matters in controversy set out in the pleadings have been agreed upon by the parties, and that the plaintiff has agreed to accept the principal sum of $30,314.27, plus interest in the amount of $20,658.25, accrued pursuant to the terms listed in the complaint, for a total debt of $50,972.52.

Interest shall accrue thereon at the determined Treasury post-judgment interest rate computed daily and compounded annually.

The defendant agrees that the Plaintiff will submit this debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

NOW, THEREFORE, BY CONSENT, IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff have and recover of the defendant $50,972.52, with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually.

WE CONSENT:

                                          ANNE M. TOMPKINS,
                                          UNITED STATES ATTORNEY

DATE: 12-20-10

                                          JENNIFER A. YOUNGS
                                          Assistant United States Attorney
                                          NCSB# 23925
                                          227 West Trade Street, Suite 1650
                                          Charlotte, NC 28202
                                          Ph: (704) 344-6222
                                          Fx: (704) 227-0255
                                          Jennifer.Youngs@usdoj.gov

DATE: 12-17-10

                                          JONI D. SMITH
                                          Defendant, *pro se*
                                          723 Canterbury Rd.
                                          Kings Mountain, NC 28086

APPROVED THIS _____ DAY OF _____, 2010

_____
U.S. District Court Judge